**Motion Granted; Appeal Dismissed and Majority and Dissenting Opinions filed March 23, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00928-CV

---

## QUAN NGUYEN, POLO CAPITAL, LLC, CALEDONIA WATER CO. L.C., AND QN & DN INVESTMENTS, INC., Appellants

### V.

### THANH THI TRAN, Appellee

---

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2022-01421-A**

---

### MAJORITY OPINION

The notice of appeal states this appeal is brought from a severance signed November 21, 2022, after an agreed partial judgment was signed on October 14, 2022. The severance order expressly indicates that further proceedings are to be had in the severed action. "When a suit is severed, two or more independent lawsuits result, and each is resolved by its own final appealable judgment. *Offord v. W. Houston Trees, Ltd*., No. 14-16-00532-CV, 2018 WL 1866044, at *2 (Tex.

App.—Houston [14th Dist.] Apr. 19, 2018, no pet.) (mem. op.). In general, a judgment or order becomes final upon severance if it disposes of all claims and parties in the severed action, unless the order of severance indicates that further proceedings are to be had in that action. *Id." In re Defy Int'l, LLC*, No. 14-22-00953-CV, 2023 WL 315306, at *2 (Tex. App.—Houston [14th Dist.] Jan. 19, 2023, orig. proceeding).

Because there is no final appealable judgment or order in the record before this court, appellee's motion is granted. We dismiss the appeal.


/s/    Tracy Christopher
Chief Justice


Panel consists of Chief Justice Christopher and Justices Spain and Hassan. (Spain, J., dissenting).